# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**STANLEY R. CHESLER**
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
NEWARK, N.J. 07101-0999
(973) 645-3136

**LETTER OPINION AND ORDER**

April 14, 2021

Jacqueline DeCarlo, Esq.
Law Office of Hobbie, Corrigan & Bertucio, PC
125 Wycoff Road
Eatontown, New Jersey 07724

      Re:    Lisa Keel v. Golden Touch Transportation of NY, Inc., et al.
              Civil Action No. 21-08634

Dear Counsel:

The Court has received your letter responding to the Court's April 9, 2021 Order to Show Cause, as well as Plaintiff's First Amended Complaint. Based on the information provided in your letter response, the Court is satisfied that federal subject matter jurisdiction exists under 28 U.S.C. § 1332. However, Plaintiff's Amended Complaint nevertheless still fails to properly assert diversity jurisdiction. While the Amended Complaint properly pleads the citizenship of Plaintiff and the Defendant LLCs, it lacks information regarding the principal places of business of the corporate Defendants, namely Golden Touch Transportation of NY, Inc., Transdev Business Solutions, Inc., and Transdev Services, Inc. Thus, because the citizenship of a corporation includes both the state of incorporation *and* the state of the corporation's principal place of business, 28 U.S.C. § 1332(c)(1); <u>Hertz Corp. v. Friend</u>, 130 S.Ct. 1181 (2010), the Amended Complaint fails to properly allege the citizenship of the three corporate defendants. As such, to properly plead diversity jurisdiction, Plaintiff's Amended Complaint must also allege that none of the principal places of business of the corporate defendants are located in New Jersey. Plaintiff is hereby notified that she has until **April 28, 2021** to cure this deficiency by filing a Second Amended Complaint with the requisite information. It is hereby **ORDERED** that if such Amended Complaint fails to cure the deficiency, the case is to be dismissed.

Very truly yours,

   s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge

cc:    Clerk
          All parties